**B22A (Official Form 22A) (Chapter 7) (04/10)**

| | |
|---|---|
| In re: **Flores, Cristobal** <br> <div align="center">Debtor(s)</div> <br> Case Number: **LA 2:10-63620-BB** <br> <div align="center">(If known)</div> | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): <br><br> ☐ **The presumption arises** <br> ☑ **The presumption does not arise** <br> ☐ **The presumption is temporarily inapplicable.** |

<div align="center">

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

</div>

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

<div align="center">

**Part I. MILITARY AND NON-CONSUMER DEBTORS**

</div>

| | |
|---|---|
| **1A** | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| **1C** | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends. <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>           ☐ I remain on active duty /or/ <br>           ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>          OR <br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>           ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | |
|---|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br><br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br><br> b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br><br> c. ☑ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br><br> d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |
|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $          1,932.28 | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross receipts $ <br> b. Ordinary and necessary business expenses $ <br> c. Business income  Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross receipts $ <br> b. Ordinary and necessary operating expenses $ <br> c. Rent and other real property income  Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | $ | |
| | b. | $ | |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $        1,932.28 | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $                            1,932.28 | |

### Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $        23,187.36 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: **California**        b. Enter debtor's household size: **2** | $        61,954.00 |
| 15 | **Application of Section707(b)(7).** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

## Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

**B22A (Official Form 22A) (Chapter 7) (04/10)**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| **Household members under 65 years of age** | | **Household members 65 years of age or older** | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

(right column Line 19B) $

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

(right column 20B) $

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)

| | |
|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> |

| | | $ |
|---|---|---|

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs, Second Car</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance \$ <br>b. Disability Insurance \$ <br>c. Health Savings Account \$ <br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>\$ _____ | | \$ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | \$ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | \$ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | \$ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed \$147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | \$ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | \$ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | \$ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | \$ |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

| | | |
|---|---|---|
| | **Subpart C: Deductions for Debt Payment** | |

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | Total: Add lines a, b and c. | | |

Total (Line 42): $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

Total (Line 43): $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | | | |
|---|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X | |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | |

Total (Line 45): $

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

| | | |
|---|---|---|
| \multicolumn{3}{c}{**Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION**} | | |

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | |
|---|---|
| \multicolumn{2}{c}{**Part VII. ADDITIONAL EXPENSE CLAIMS**} | |

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

|   | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | |
|---|---|
| \multicolumn{2}{c}{**Part VIII. VERIFICATION**} | |

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **December 17, 2010**     Signature: _**/s/ Cristobal Flores**_ _____<br>                                           (Debtor)<br><br>Date: _____     Signature: _____<br>                                     (Joint Debtor, if any) |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

IN RE:                                                        Case No. **LA 2:10-63620-BB**

Flores, Cristobal                                            Chapter **7**
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  630,000.00 | | |
| B - Personal Property | Yes | 3 | $  9,958.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $  1,212,200.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $  68,458.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $  2,015.37 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $  6,036.00 |
| TOTAL | | 17 | $  639,958.00 | $  1,280,658.52 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

## United States Bankruptcy Court
## Central District of California

IN RE:

Case No. **LA 2:10-63620-BB**

Flores, Cristobal

Chapter **7**

<div align="center">Debtor(s)</div>

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2,015.37 |
| Average Expenses (from Schedule J, Line 18) | $ | 6,036.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 1,932.28 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 582,200.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 68,458.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 650,658.52 |

<div style="writing-mode: vertical-rl;">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B6A (Official Form 6A) (12/07)

IN RE **Flores, Cristobal**    Case No. **LA 2:10-63620-BB**
_____    _____
Debtor(s)    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1504-1506 Cloverdale Avenue, Los Angeles, CA 90019** | **Fee Simple** | | **350,000.00** | **762,000.00** |
| **237 12371/2 S Avenue 54, Los Angeles, CA 90042** | **Fee Simple** | | **280,000.00** | **450,200.00** |
| | | **TOTAL** | **630,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Flores, Cristobal**
                                    Case No. **LA 2:10-63620-BB**

Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Ckecking Account** | | **480.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household furnishing** | | **4,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Personal clothing** | | **400.00** |
| 7. Furs and jewelry. | | **Jewelry** | | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Flores, Cristobal

Debtor(s)

Case No. **LA 2:10-63620-BB**

(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2009 Federal Tax Refund** | | 878.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 RA 4 Toyota** | | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Flores, Cristobal**                                          Case No. **LA 2:10-63620-BB**
_____                    _____
                    Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **9,958.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Flores, Cristobal**                                                     Case No. **LA 2:10-63620-BB**
_____                                    _____
                    Debtor(s)                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Chase Ckecking Account** | **CCCP § 703.140(b)(5)** | **480.00** | **480.00** |
| **Household furnishing** | **CCCP § 703.140(b)(3)** | **4,000.00** | **4,000.00** |
| **Personal clothing** | **CCCP § 703.140(b)(3)** | **400.00** | **400.00** |
| **Jewelry** | **CCCP § 703.140(b)(4)** | **200.00** | **200.00** |
| **2009 Federal Tax Refund** | **CCCP § 703.140(b)(5)** | **878.00** | **878.00** |
| **2004 RA 4 Toyota** | **CCCP § 703.140(b)(2)** | **3,525.00** | **4,000.00** |
| | **CCCP § 703.140(b)(5)** | **475.00** | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Flores, Cristobal**                     Case No. **LA 2:10-63620-BB**

<div align="center">Debtor(s)                                     (If known)</div>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9877** <br><br>**BANK OF AMERICA BAC HOME LOANS SERVICING P.O.BOX 5170 SIMI VALLEY, CA 93063** | | | **01/2008 deed of trust 237-237 1/2 S Avenue 54 Los Angeles, CA 90042** <br><br> VALUE $ **280,000.00** | | | | **450,200.00** | **170,200.00** |
| ACCOUNT NO. **2199** <br><br>**BANK OF AMERICA BAC HOME LOANS SERVICING P.O.BOX 5170 SIMI VALLEY, CA 93063** | | | **08/2007 2nd deed of trust 1504-1506 S Colverdale Avenue Los Angeles, CA 90019** <br><br> VALUE $ **350,000.00** | | | | **162,000.00** | **162,000.00** |
| ACCOUNT NO. **5085** <br><br>**Litton Loan Servicing 4828 Loop Central Drive Houston, TX 77081** | | | **10/2006 1st deed of trust 1504-1506 S Cloverdale Avenue Los Angeles, CA 90019** <br><br> VALUE $ **350,000.00** | | | | **600,000.00** | **250,000.00** |
| ACCOUNT NO. <br><br>**Quality Loan Service Corp. 2141 5th Avenue San Diego, CA 92101** | | | **Assignee or other notification for: Litton Loan Servicing** <br><br> VALUE $ | | | | | |

<div align="right">

_____ **1** continuation sheets attached

</div>

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **1,212,200.00** | $ **582,200.00** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Flores, Cristobal**            Case No. **LA 2:10-63620-BB**

         Debtor(s)                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**SPS <br>P O Box 65250 <br>Salt Lake City, UT  84165-0250** | | | <br><br>VALUE $ | | | | **0.00** | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. _____**1**___ of _____**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ _____    $ _____

Total
(Use only on last page) $  **1,212,200.00**    $  **582,200.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

**IN RE** Flores, Cristobal                                                        Case No. **LA 2:10-63620-BB**
_____
Debtor(s)                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Flores, Cristobal
_____
Debtor(s)
(If known)

Case No. **LA 2:10-63620-BB**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **37**<br><br>**Bank Of America**<br>**P O Box 15026**<br>**Wilmington, DE  19850-5026** | | | 05/2008<br>creidt card | | | | 23,500.00 |
| ACCOUNT NO. **4552**<br><br>**Bank Of America**<br>**P O Box 15026**<br>**Wilmington, DE  19850-5026** | | | 08/2007<br>credit  card | | | | 2,300.00 |
| ACCOUNT NO. **3862**<br><br>**Better Account Management Service**<br>**P O Box 5526**<br>**Orange, CA  92863-5526** | | | medical bill | | | | 1,700.00 |
| ACCOUNT NO. **4790**<br><br>**First Premier Bank**<br>**P O Box 5519**<br>**Sioux Falls, SD  57117-5519** | | | 8/10 | | | | 604.00 |

___**3**___ continuation sheets attached

Subtotal
(Total of this page)   $ **28,104.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Flores, Cristobal
_____
Debtor(s)
(If known)

Case No. **LA 2:10-63620-BB**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0025**<br>**H CLAUDE HUDSON<br>PO BOX 514647<br>LOS ANGELES, CA  90051** | | | **3/27/10<br>MEDICAL BILL** | | | | **3,700.00** |
| ACCOUNT NO.<br>**Computer  Collections, Inc.<br>C/O H Claude Hudson Chc<br>P O Box 5238<br>Winston Salem, NC  27113-5238** | | | **Assignee or other notification for:<br>H CLAUDE HUDSON** | | | | |
| ACCOUNT NO. **6899**<br>**H CLAUDE HUDSON<br>PO BOX 514647<br>LOS ANGELES, CA  90051** | | | **medical bill** | | | | **580.00** |
| ACCOUNT NO.<br>**Computer  Collections, Inc.<br>C/O H Claude Hudson<br>P O Box 5238<br>Winston Salem, NC  27113-5238** | | | **Assignee or other notification for:<br>H CLAUDE HUDSON** | | | | |
| ACCOUNT NO. **0076**<br>**HFC<br>P O Box 60175<br>City Of Industry, CA  91716** | | | **07/2007<br>credit card** | | | | **6,000.00** |
| ACCOUNT NO. **2232**<br>**HSBC<br>P O Box 5608<br>Glenda Heights, IL  60139-5608** | | | **06/2004<br>credit  card** | | | | **1,900.00** |
| ACCOUNT NO. **1531**<br>**HSBC<br>P O Box 5608<br>Glenda Heights, IL  60139-5608** | | | **06/2004<br>credit card** | | | | **5,000.00** |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,180.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Flores, Cristobal                                                    Case No. **LA 2:10-63620-BB**
_____                                              _____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8668**<br>**LAC USC Medical Center**<br>**P O Box 514647**<br>**Los Angeles, CA  90051-4647** | | | medical bill | | | | **1,050.00** |
| ACCOUNT NO. **2649**<br>**LAC USC Medical Center**<br>**P O Box 514647**<br>**Los Angeles, CA  90051-4647** | | | medical bill | | | | **1,050.00** |
| ACCOUNT NO.<br>**Computer  Collections, Inc.**<br>**C/O Lac Usc Medical Center**<br>**P O Box 5238**<br>**Winston Salem, NC  27113-5238** | | | Assignee or other notification for:<br>**LAC USC Medical Center** | | | | |
| ACCOUNT NO. **2808**<br>**Portfolio Recovery**<br>**C/O Hsbc**<br>**P O Box 12914**<br>**Norfolk, VA  23541** | | | collection account | | | | **6,701.00** |
| ACCOUNT NO. **6007**<br>**Portfolio Recovery**<br>**C/O Providian National Bank**<br>**P O Box 12914**<br>**Norfolk, VA  23541** | | | collection account | | | | **2,682.00** |
| ACCOUNT NO. **1531**<br>**Portfolio Recovery**<br>**C/O Providian National Bank**<br>**P O Box 12914**<br>**Norfolk, VA  23541** | | | collection account | | | | **2,028.00** |
| ACCOUNT NO. **1454**<br>**St Vincent Medical Center**<br>**2131 W Third Street**<br>**Los Angeles, CA  90057** | | | medical bill | | | | **1,900.00** |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,411.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Flores, Cristobal**                                          Case No. **LA 2:10-63620-BB**
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8668**<br>**USC MEDICAL CENTER**<br>**PO BOX 514647**<br>**LOS ANGELES, CA  90051** | | | **6/28/10**<br>**MEDICAL BILLING** | | | | **1,050.00** |
| ACCOUNT NO. **1454**<br>**VINCENT MEDICAL CENTER**<br>**2131 W THIRD ST**<br>**LOS ANGELES, CA  90057** | | | **6/24/10** **MEDICAL BILL / FINANCIAL DEPARTMENT** | | | | **1,825.52** |
| ACCOUNT NO. **8055**<br>**Wells Fargo**<br>**P O Box 25341**<br>**Santa Ana, CA  92799-5341** | | | **02/2007**<br>**credit card** | | | | **4,888.00** |
| ACCOUNT NO.<br>**Accounts Receivable Management, Inc.**<br>**C/O Wells Fargo**<br>**P O Box 129**<br>**Thorofare, NJ  08086-0129** | | | **Assignee or other notification for:**<br>**Wells Fargo** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.____**3**__of____**3**__continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **7,763.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **68,458.52**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Flores, Cristobal**

Debtor(s)

Case No. **LA 2:10-63620-BB**

(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Flores, Cristobal**                                                                    Case No. **LA 2:10-63620-BB**
_____
                        Debtor(s)                                                                            (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **1504 S Cloverdale Ave<br>Los Angeles, CA  90019** | **(nondebtor spouse)** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

**IN RE** Flores, Cristobal                                    Case No. **LA 2:10-63620-BB**
_____
                        Debtor(s)                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Wife** | | AGE(S):<br>**54** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **See Schedule Attached** | |
| Name of Employer | | **Housewife** |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,538.07 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 2,538.07 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 483.96 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify)  **See Schedule Attached** | $ 38.74 | $ |
|  | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 522.70 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,015.37 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
|  | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) _____ | $ | $ |
|  | $ | $ |
|  | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 2,015.37 | $ 0.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)              $ 2,015.37

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Flores, Cristobal**

Debtor(s)

Case No. **LA 2:10-63620-BB**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **General Merchandise** | |
| Name of Employer | **ALBERTSONS** | |
| How long employed | **11 years** | |
| Address of Employer | | |
| | **West Los Angeles, CA** | |
| Occupation | **General Merchandise** | |
| Name of Employer | **CVS** | |
| How long employed | **4 years** | |
| Address of Employer | | |
| | **Los Angeles, CA** | |

| | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Dues** | **33.76** | |
| **Political** | **1.08** | |
| **Back Dues** | **3.90** | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE __Flores, Cristobal__                                                    Case No. __LA 2:10-63620-BB__
                        Debtor(s)                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,995.00 |
|    a. Are real estate taxes included?     Yes ____  No ✓ | |
|    b. Is property insurance included?  Yes ____  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 30.00 |
|    b. Water and sewer | $ 220.00 |
|    c. Telephone | $ 55.00 |
|    d. Other _____ | $ _____ |
| | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ 350.00 |
| 5. Clothing | $ 80.00 |
| 6. Laundry and dry cleaning | $ 80.00 |
| 7. Medical and dental expenses | $ _____ |
| 8. Transportation (not including car payments) | $ 80.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 50.00 |
|    b. Life | $ _____ |
|    c. Health | $ _____ |
|    d. Auto | $ _____ |
|    e. Other   **CAR INSURANCE** | $ 130.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) **Property Taxes** | $ 666.00 |
| | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ _____ |
|    b. Other  **2nd Mortgage** | $ 1,300.00 |
| | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other _____ | $ _____ |
| | $ _____ |
| | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.        | $ 6,036.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 2,015.37 |
|    b. Average monthly expenses from Line 18 above | $ 6,036.00 |
|    c. Monthly net income (a. minus b.) | $ -4,020.63 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Flores, Cristobal**                                                      Case No. **LA 2:10-63620-BB**
_____                         _____
Debtor(s)                                                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 17, 2010**_____    Signature: _**/s/ Cristobal Flores**_____
                                                                    **Cristobal Flores**                                          Debtor

Date: _____    Signature: _____
                                                                                                          (Joint Debtor, if any)
                                                                                      [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                            _____
                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

February 2006                                                            2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>**Flores, Cristobal** | CHAPTER:**7** |
|---|---|
| Debtor(s). | CASE NO.: **LA 2:10-63620-SB** |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Flores, Cristobal** _____ , the debtor in this case, declare under penalty
*(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☒  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____ , the debtor in this case, declare under penalty
*(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **December 17, 2010** _____   Signature */s/ Cristobal Flores* _____
Debtor

Date: _____   Signature _____
Joint Debtor (if any)

## Albertsons

w Albertsons, Inc., a SUPERVALU Company
)1-1 W. Grandview Rd., Phoenix, AZ 85023

2530

'ristobal Flores
504 S. Cloverdale Ave.
os Angeles CA 90019

SN:  XXX-XX-5893

| Pay Group: | SHN-106-Store Hrly Non-Exmpt | Business Unit: | RTLOP |
|---|---|---|---|
| Pay Begin Date: | 11/29/2010 | Check #: | 000000024932724 |
| Pay End Date: | 12/05/2010 | Check Date: | 12/10/2010 |

| Employee ID: | 1105369 |
|---|---|
| Department: | 0000021949-HOME HT&BT |
| Location: | 6168-STR# 6168 |
| Pay Rate: | $13.970000 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Single, or Married with t |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | Current | | YTD | | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | | |
| )aily Overtime @ 1.5 | 0.10 | 2.10 | 1.00 | 20.96 | Fed Withholding | 53.95 | 2,170.21 |
| light Premium @ .75 | 8.00 | 6.00 | 282.20 | 211.66 | Fed MED/EE | 7.31 | 301.40 |
| Regular | 35.50 | 495.94 | 1,336.80 | 18,544.70 | Fed OASDI/EE | 31.25 | 1,288.73 |
| Ioliday Not Worked | | 0.00 | 19.74 | 272.77 | CA Withholding | 11.72 | 442.69 |
| Minimum Between Shifts | | 0.00 | 3.50 | 24.45 | CA OASDI/EE | 5.55 | 228.65 |
| light Premium @ .50 | | 0.00 | 7.30 | 3.65 | | | |
| ick Leave Payout | | 0.00 | 34.80 | 486.16 | | | |
| Vacation Paid At Entitlement | | 0.00 | 87.45 | 1,221.68 | | | |

### TAXES

(Taxes shown in the right columns above)

| | | | 504.04 | 20,786.03 | Total: | 109.78 | 4,431.68 |
|---|---|---|---|---|---|---|---|
| otal: | | | | | | | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dues for Local 1442 | 7.79 | 334.97 |
| Political Dues for Local 1442 | 0.25 | 10.75 |
| Back Dues for Local 1442 | 0.00 | 21.51 |

| | Current | YTD | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total: | 0.00 | 0.00 | * Taxable | 0.00 | 0.00 | Total: | 8.04 | 367.23 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 504.04 | 504.04 | 109.78 | 8.04 | 386.22 |
| YTD: | 20,786.03 | 20,786.03 | 4,431.68 | 367.23 | 15,987.12 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Check #000000024932724 | | 386.22 |
| Total: | | 386.22 |

MESSAGE: W-2 time is quickly approaching. Please verify the address on your check stub is correct.

# Albertsons

New Albertsons, Inc. a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

| | | |
|---|---|---|
| Cristobal Flores | 2575 | |
| 1504 S. Cloverdale Ave. | | |
| Los Angeles CA 90019 | | |
| SSN: XXX-XX-5893 | | |

| Pay Group: | SHN-106-Store Hrly Non-Exmpt | Business Unit: RTLOP |
|---|---|---|
| Pay Begin Date: | 11/22/2010 | Check #: 0000000248809901 |
| Pay End Date: | 11/28/2010 | Check Date: 12/03/2010 |

| Employee ID: | 1105369 |
|---|---|
| Department: | 0000021949-HOME HT&BT |
| Location: | 6168-STR# 6168 |
| Pay Rate: | $13.970000 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Single, or Married with 1 |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | --------- Current --------- | | -------------------- YTD -------------------- | |
|---|---|---|---|---|---|
| Description | | Hours | Earnings | Hours | Earnings |
| Daily Overtime @ 1.5 | | 0.20 | 4.19 | 0.90 | 18.86 |
| Night Premium @ .75 | | 9.00 | 6.75 | 274.20 | 205.66 |
| Regular | | 32.00 | 447.04 | 1,301.30 | 18,048.76 |
| Holiday Not Worked | | | 0.00 | 19.74 | 272.77 |
| Minimum Between Shifts | | | 0.00 | 3.50 | 24.45 |
| Night Premium @ .50 | | | 0.00 | 7.30 | 3.65 |
| Sick Leave Payout | | | 0.00 | 34.80 | 486.16 |
| Vacation Paid At Entitlement | | | 0.00 | 87.45 | 1,221.68 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 47.04 | 2,116.26 |
| Fed MED/EE | 6.64 | 294.09 |
| Fed OASDI/EE | 28.39 | 1,257.48 |
| CA Withholding | 9.57 | 430.97 |
| CA OASDI/EE | 5.04 | 223.10 |

| Total: | | | 457.98 | | 20,281.99 |
|---|---|---|---|---|---|

| Total: | 96.68 | 4,321.90 |
|---|---|---|

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dues for Local 1442 | 7.79 | 327.18 |
| Political Dues for Local 1442 | 0.25 | 10.50 |
| Back Dues for Local 1442 | 0.00 | 21.51 |

| Total: | 0.00 | 0.00 | * Taxable | 0.00 | 0.00 | Total: | 8.04 | 359.19 |
|---|---|---|---|---|---|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 457.98 | 457.98 | 96.68 | 8.04 | 353.26 |
| YTD: | 20,281.99 | 20,281.99 | 4,321.90 | 359.19 | 15,600.90 |

### NET PAY DISTRIBUTION

| Check #0000000248809901 | 353.26 |
|---|---|
| Total: | 353.26 |

**MESSAGE:** Select Direct  Please sign up for direct deposit and suppress your check stub today!

# Albertsons

New Albertsons, Inc. a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023          2569

| Pay Group: | SHN-106-Store Hrly Non-Exmpt | Business Unit: RTLOP |
|---|---|---|
| Pay Begin Date: | 10/25/2010 | Check #:   000000024604938 |
| Pay End Date: | 10/31/2010 | Check Date:   11/05/2010 |

| Cristobal Flores |  |
|---|---|
| 1504 S. Cloverdale Ave. |  |
| Los Angeles CA 90019 |  |
| SSN:   XXX-XX-5893 |  |

| Employee ID: | 1105369 |
|---|---|
| Department: | 0000021949-HOME HT&BT |
| Location: | 6168-STR# 6168 |
| Pay Rate: | $13.970000 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Single, or Married with t |
| Allowances: | 0 | 0 |
| Addl. Pct.: |  |  |
| Addl. Amt.: |  |  |

## HOURS AND EARNINGS

| | Current | | YTD | |  | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |  |
| Night Premium @ .75 | 8.00 | 6.00 | 235.20 | 176.41 | Fed Withholdng | 43.15 | 1,932.54 |  |
| Regular | 30.50 | 426.09 | 1,175.80 | 16,295.52 | Fed MED/EE | 6.26 | 267.95 |  |
| Holiday Not Worked |  | 0.00 | 19.74 | 272.77 | Fed OASDI/EE | 26.79 | 1,145.74 |  |
| Minimum Between Shifts |  | 0.00 | 3.50 | 24.45 | CA Withholding | 8.36 | 394.08 |  |
| Night Premium @ .50 |  | 0.00 | 5.30 | 2.65 | CA OASDI/EE | 4.75 | 203.28 |  |
| Sick Leave Payout |  | 0.00 | 34.80 | 486.16 |  |  |  |  |
| Vacation Paid At Entitlement |  | 0.00 | 87.45 | 1,221.68 |  |  |  |  |
| Total: |  | 432.09 |  | 18,479.64 | Total: | 89.31 | 3,943.59 |  |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
|  |  |  |
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
|  |  |  |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dues for Local 1442 | 7.79 | 296.02 |
| Political Dues for Local 1442 | 0.25 | 9.50 |
| Back Dues for Local 1442 | 0.00 | 9.46 |
| Total: | 8.04 | 314.98 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 432.09 | 432.09 | 89.31 | 8.04 | 334.74 |
| YTD: | 18,479.64 | 18,479.64 | 3,943.59 | 314.98 | 14,221.07 |

### NET PAY DISTRIBUTION

| Check #000000024604938 | 334.74 |
|---|---|
| Total: | 334.74 |

**MESSAGE:** Select Direct  Please sign up for direct deposit and suppress your check stub today!

# Albertsons®

New Albertsons, Inc. a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

| Pay Group: | SHN-106-Store Hrly Non-Exmpt | Business Unit: RTLOP |
|---|---|---|
| Pay Begin Date: | 11/01/2010 | Check #: 000000024670134 |
| Pay End Date: | 11/07/2010 | Check Date: 11/12/2010 |

Cristobal Flores
1504 S. Cloverdale Ave.
Los Angeles CA 90019

SSN: XXX-XX-5893

| Employee ID: | 1105369 |
|---|---|
| Department: | 0000021949-HOME HT&BT |
| Location: | 6168-STR# 6168 |
| Pay Rate: | $13.970000 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Single, or Married with t |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Daily Overtime @ 1.5 | 0.70 | 14.67 | 0.70 | 14.67 | Fed Withholdng | 48.84 | 1,981.38 |
| Night Premium @ .75 | 11.00 | 8.25 | 246.20 | 184.66 | Fed MED/EE | 6.82 | 274.77 |
| Regular | 32.00 | 447.04 | 1,207.80 | 16,742.56 | Fed OASDI/EE | 29.14 | 1,174.88 |
| Holiday Not Worked | | 0.00 | 19.74 | 272.77 | CA Withholdng | 10.13 | 404.21 |
| Minimum Between Shifts | | 0.00 | 3.50 | 24.45 | CA OASDI/EE | 5.17 | 208.45 |
| Night Premium @ .50 | | 0.00 | 5.30 | 2.65 | | | |
| Sick Leave Payout | | 0.00 | 34.80 | 486.16 | | | |
| Vacation Paid At Entitlement | | 0.00 | 87.45 | 1,221.68 | | | |
| Total: | | 469.96 | | 18,949.60 | Total: | 100.10 | 4,043.69 |

| BEFORE-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | | | | Back Dues for Local 1442 | 7.79 | 17.25 |
| | | | | | | Dues for Local 1442 | 7.79 | 303.81 |
| | | | | | | Political Dues for Local 1442 | 0.25 | 9.75 |
| Total: | 0.00 | 0.00 | * Taxable | 0.00 | 0.00 | Total: | 15.83 | 330.81 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 469.96 | 469.96 | 100.10 | 15.83 | 354.03 |
| YTD: | 18,949.60 | 18,949.60 | 4,043.69 | 330.81 | 14,575.10 |

| NET PAY DISTRIBUTION | |
|---|---|
| Check #000000024670134 | 354.03 |
| Total: | 354.03 |

**MESSAGE:** Select Direct – Please sign up for direct deposit and suppress your check stub today!

Acct # 

# Albertsons®

New Albertsons, Inc. a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

| Pay Group: | SHN-106-Store Hrly Non-Exmpt | Business Unit: RTLOP |
|---|---|---|
| Pay Begin Date: | 11/08/2010 | Check #: 000000024749243 |
| Pay End Date: | 11/14/2010 | Check Date: 11/19/2010 |

| Cristobal Flores | | |
|---|---|---|
| 1504 S. Cloverdale Ave. | Employee ID: 1105369 | |
| Los Angeles CA 90019 | Department: 0000021949-HOME HT&BT | |
| | Location: 6168-STR# 6168 | |
| SSN: XXX-XX-5893 | Pay Rate: $13.970000 Hourly | |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Single, or Married with t |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | Current | | YTD | | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | | |
| Night Premium @ .50 | 2.00 | 1.00 | 7.30 | 3.65 | Fed Withholdng | 47.01 | 2,028.39 |
| Night Premium @ .75 | 13.00 | 9.75 | 259.20 | 194.41 | Fed MED/EE | 6.64 | 281.41 |
| Regular | 32.00 | 447.04 | 1,239.80 | 17,189.60 | Fed OASDI/EE | 28.38 | 1,203.26 |
| Holiday Not Worked | | 0.00 | 19.74 | 272.77 | CA Withholding | 9.56 | 413.77 |
| Minimum Between Shifts | | 0.00 | 3.50 | 24.45 | CA OASDI/EE | 5.03 | 213.48 |
| Daily Overtime @ 1.5 | | 0.00 | 0.70 | 14.67 | | | |
| Sick Leave Payout | | 0.00 | 34.80 | 486.16 | | | |
| Vacation Paid At Entitlement | | 0.00 | 87.45 | 1,221.68 | | | |

| Total: | | | 457.79 | 19,407.39 | Total: | 96.62 | 4,140.31 |
|---|---|---|---|---|---|---|---|

## BEFORE-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Back Dues for Local 1442 | 4.26 | 21.51 |
| | | | | | | Dues for Local 1442 | 7.79 | 311.60 |
| | | | | | | Political Dues for Local 1442 | 0.25 | 10.00 |

| Total: | 0.00 | 0.00 | * Taxable | 0.00 | 0.00 | Total: | 12.30 | 343.11 |
|---|---|---|---|---|---|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 457.79 | 457.79 | 96.62 | 12.30 | 348.87 |
| YTD: | 19,407.39 | 19,407.39 | 4,140.31 | 343.11 | 14,923.97 |

| NET PAY DISTRIBUTION | |
|---|---|
| Check #000000024749243 | 348.87 |
| Total: | 348.87 |

**MESSAGE:** Select Direct – Please sign up for direct deposit and suppress your check stub today!

Acct# 

# Albertsons

New Albertsons, Inc. a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

| Pay Group: | SHN-106-Store Hrly Non-Exmpt | Business Unit: RTLOP | |
| Pay Begin Date: | 11/15/2010 | Check #: | 000000024783540 |
| Pay End Date: | 11/21/2010 | Check Date: | 11/26/2010 |

| Cristobal Flores | | Employee ID: | 1105369 | | | | |
| 1504 S. Cloverdale Ave. | | Department: | 0000021949-HOME HT&BT | | TAX DATA: | Federal | CA State |
| Los Angeles CA 90019 | | Location: | 6168-STR# 6168 | | Marital Status: | Single | Single, or Married with t |
| | | Pay Rate: | $13.970000 Hourly | | Allowances: | 0 | 0 |
| SSN: XXX-XX-5893 | | | | | Addl. Pct.: | | |
| | | | | | Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | ---- Current ---- | | ---- YTD ---- | | TAXES | | |
| Description | | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Night Premium @ .75 | | 6.00 | 4.50 | 265.20 | 198.91 | Fed Withholdng | 40.83 | 2,069.22 |
| Regular | | 29.50 | 412.12 | 1,269.30 | 17,601.72 | Fed MED/EE | 6.04 | 287.45 |
| Holiday Not Worked | | 0.00 | | 19.74 | 272.77 | Fed OASDI/EE | 25.83 | 1,229.09 |
| Minimum Between Shifts | | 0.00 | | 3.50 | 24.45 | CA Withholdng | 7.63 | 421.40 |
| Daily Overtime @ 1.5 | | 0.00 | | 0.70 | 14.67 | CA OASDI/EE | 4.58 | 218.06 |
| Night Premium @ .50 | | 0.00 | | 7.30 | 3.65 | | | |
| Sick Leave Payout | | 0.00 | | 34.80 | 486.16 | | | |
| Vacation Paid At Entitlement | | 0.00 | | 87.45 | 1,221.68 | | | |
| | | | | | | | | |
| Total: | | | 416.62 | | 19,824.01 | Total: | 84.91 | 4,225.22 |

| BEFORE-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | | AFTER-TAX DEDUCTIONS | | |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Dues for Local 1442 | 7.79 | 319.39 |
| | | | | | | Political Dues for Local 1442 | 0.25 | 10.25 |
| | | | | | | Back Dues for Local 1442 | 0.00 | 21.51 |
| | | | | | | | | |
| Total: | 0.00 | 0.00 | * Taxable | 0.00 | 0.00 | Total: | 8.04 | 351.15 |

| TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current: | 416.62 | 416.62 | 84.91 | 8.04 | 323.67 |
| YTD: | 19,824.01 | 19,824.01 | 4,225.22 | 351.15 | 15,247.64 |

| NET PAY DISTRIBUTION | |
|---|---|
| Check #000000024783540 | 323.67 |
| Total: | 323.67 |

**MESSAGE:** Select Direct – Please sign up for direct deposit and suppress your check stub today!





**Garfield Beach CVS, L.L.C.**
000000 STR 09661
*Return to: CVS*                135722-135722
*1 CVS Drive*
*Woonsocket, RI 02895*

# Earnings Statement

Page 001 of 001
Period Beginning:    11/28/2010
Period Ending:       12/04/2010
Advice Date:         12/10/2010
Advice Number:       02325002
Batch Number:        000000M50

Employee ID:  0616832
Tax Marital/Exemptions & Allowances/Add'l Tax
  Federal:              S/ 0/
  Work State:  CA      S/ 0/
  Res State:   CA      S/ 0/

**Cristobal Flores**
**1504 Cloverdale Ave**
**Los Angeles, CA  90019**

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Shift Diff | 1.00 | 7.00 | 7.00 | 66.00 |
| Regular | 9.25 | 13.80 | 127.65 | 5308.88 |
| Overtime | | | | 133.20 |
| Holiday | | | | 341.93 |
| Extra Pay | | | | 42.35 |
| Other Earnings | | | | |
| Total | 9.25 | 20.80 | 134.65 | 5892.36 |
| Federal Wages | | | 134.65 | 5892.36 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| Tot Before Tx Ded | 0.00 | 0.00 |

**Tax Deductions**

| Tax Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 1.83 | 222.72 |
| FICA / SS | 8.35 | 365.33 |
| FICA / Med | 1.95 | 85.44 |
| State Tax CA | | 19.14 |
| State Disability CA | 1.49 | 64.82 |
| Total Tax Deductions | 13.62 | 757.45 |

**After Tax Deductions**

| After Tax Deductions | Current | YTD |
|---|---|---|
| Tot After Tx Ded | 0.00 | 0.00 |
| Net Pay (Deposit) | 121.03 | |

**Message(s):**
CA employees may cash checks at any BoA branch
Verify that your home address is correct
Call 1-866-528-7272 to report any changes
All 2010 Vacation must be used by 12/25/10

**Time Off Summary**

| | Full Yr. | Used | Earned |
|---|---|---|---|
| PTO | | | |
| Vacation | 37.00 | | 12.21 |



Garfield Beach CVS, L.L.C.
000000 STR 09661
*Return to: CVS*            164789-164789
*1 CVS Drive*
*Woonsocket, RI 02895*

# Earnings Statement

Page 001 of 001
Period Beginning:       11/14/2010
Period Ending:          11/27/2010
Advice Date:            12/03/2010
Advice Number:          02236823
Batch Number:           000000M49

Employee ID:  0616832
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:              S/ 0/
  Work State:  CA       S/ 0/
  Res State:   CA       S/ 0/

Cristobal Flores
1504 Cloverdale Ave
Los Angeles, CA  90019

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Shift Diff | 1.00 | 2.00 | 2.00 | 59.00 |
| Regular | 9.25 | 8.00 | 74.00 | 5181.23 |
| Hol OT | 13.88 | 8.10 | 112.39 | 112.39 |
| Holiday | 9.25 | 8.10 | 74.93 | 341.93 |
| Overtime | | | | 20.81 |
| Extra Pay | | | | 42.35 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| | | |

| Tot Before Tx Ded | 0.00 | 0.00 |

Other Earnings

| Total | 9.25 | 26.20 | 263.32 | 5757.71 |
|---|---|---|---|---|
| Federal Wages | | | 263.32 | 5757.71 |

**After Tax Deductions**

## Tax Deductions

| | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 17.84 | 220.89 |
| FICA / SS | 16.33 | 356.98 |
| FICA / Med | 3.82 | 83.49 |
| State Tax CA | 3.29 | 19.14 |
| State Disability CA | 2.89 | 63.33 |

| Tot After Tx Ded | 0.00 | 0.00 |

| Total Tax Deductions | 44.17 | 743.83 |

**Message(s):**
CA employees may cash checks at any BoA branch
Send Requests for Unemployment information to
1 CVS Dr., Woonsocket, RI 02895
Reminder! Friends & Family Event - Sat. 12/4 & Sun. 12/5
Share your 6 coupons-30% discount-See Manager for Details

| Net Pay (Deposit) | 219.15 |

## Time Off Summary

| | Full Yr. | Used | Earned |
|---|---|---|---|
| PTO | | | |
| Vacation | 37.00 | | 12.21 |



Garfield Beach CVS, L.L.C.
000000 STR 09661
Return to: CVS                134209-134209
1 CVS Drive
Woonsocket, RI 02895

# Earnings Statement

Page 001 of 001
Period Beginning:    09/19/2010
Period Ending:       09/25/2010
Advice Date:         10/01/2010
Advice Number:       09286379
Batch Number:        000000M40

Employee ID:  0616832
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:              S/ 0/
  Work State:  CA       S/ 0/
  Res State:   CA       S/ 0/

Cristobal Flores
1504 Cloverdale Ave
Los Angeles, CA  90019

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Shift Diff | 1.00 | 0.50 | 0.50 | 42.00 |
| Regular | 8.90 | 16.00 | 142.40 | 4082.43 |
| Holiday | | | | 267.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| Tot Before Tx Ded | 0.00 | 0.00 |

Other Earnings

| | | | | |
|---|---|---|---|---|
| Total | 8.90 | 16.50 | 142.90 | 4391.43 |
| Federal Wages | | | 142.90 | 4391.43 |

## After Tax Deductions

## Tax Deductions

| | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 2.66 | 176.89 |
| FICA / SS | 8.86 | 272.27 |
| FICA / Med | 2.08 | 63.68 |
| State Tax CA | | 15.85 |
| State Disability CA | 1.58 | 48.31 |

| | | |
|---|---|---|
| Total Tax Deductions | 15.18 | 577.00 |

| | | |
|---|---|---|
| Tot After Tx Ded | 0.00 | 0.00 |

| | |
|---|---|
| Net Pay (Deposit) | 127.72 |

**Message(s):**
CA employees may cash checks at any BoA branch
Send Requests for Unemployment information to
1 CVS Dr., Woonsocket , RI 02895

## Time Off Summary

| | Full Yr. | Used | Earned |
|---|---|---|---|
| PTO | | | |
| Vacation | 37.00 | | 6.11 |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

**CVS**
**CAREMARK**

Garfield Beach CVS, L.L.C.
000000 STR 09661
Return to: CVS
1 CVS Drive                  161941-161941
Woonsocket, RI 02895

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beginning: | 09/19/2010 |
| Period Ending: | 10/02/2010 |
| Advice Date: | 10/08/2010 |
| Advice Number: | 09386226 |
| Batch Number: | 000000M41 |

Cristobal Flores
1504 Cloverdale Ave
Los Angeles, CA  90019

Employee ID:  0616832
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:              S/ 0/
Work State:  CA      S/ 0/
Res State:   CA      S/ 0/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Shift Diff | 1.00 | 1.00 | 1.00 | 43.00 |
| Regular | 8.90 | 16.00 | 142.40 | 4224.83 |
| Holiday | | | | 267.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|

Other Earnings

| | | | | |
|---|---|---|---|---|
| Total | 8.90 | 17.00 | 143.40 | 4534.83 |
| Federal Wages | | | 143.40 | 4534.83 |

| Tot Before Tx Ded | 0.00 | 0.00 |
|---|---|---|

**After Tax Deductions**

| Tax Deductions | | |
|---|---|---|
| Federal Income Tax | 2.71 | 179.60 |
| FICA / SS | 8.89 | 281.16 |
| FICA / Med | 2.08 | 65.76 |
| State Tax CA | | 15.85 |
| State Disability CA | 1.57 | 49.88 |

| Total Tax Deductions | 15.25 | 592.25 |
|---|---|---|

**Message(s):**
CA employees may cash checks at any BoA branch
Send Requests for Unemployment information to
1 CVS Dr., Woonsocket , RI 02895

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

| Net Pay (Deposit) | | 128.15 |
|---|---|---|

**Time Off Summary**

| | Full Yr. | Used | Earned |
|---|---|---|---|
| PTO | | | |
| Vacation | 37.00 | | 6.11 |

©1988, 2006, ADP, Inc. All Rights Reserved.

# Earnings Statement

**CVS CAREMARK**

**Garfield Beach CVS, L.L.C.**
**000000 STR 09661**
*Return to: CVS*          **134597-134597**
*1 CVS Drive*
*Woonsocket, RI 02895*

| | |
|---|---|
| Page 001 of 001 | |
| Period Beginning: | 10/03/2010 |
| Period Ending: | 10/09/2010 |
| Advice Date: | 10/15/2010 |
| Advice Number: | 09473514 |
| Batch Number: | 000000M42 |

**Cristobal Flores**
**1504 Cloverdale Ave**
**Los Angeles, CA  90019**

Employee ID:  0616832
Tax Marital/Exemptions & Allowances/Addl Tax
    Federal:           S/ 0/
    Work State:  CA    S/ 0/
    Res State:   CA    S/ 0/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Shift Diff | 1.00 | 0.50 | 0.50 | 43.50 |
| Regular | 8.90 | 8.00 | 71.20 | 4296.03 |
| Holiday | | | | 267.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|

Other Earnings

| Total | 8.90 | 8.50 | 71.70 | 4606.53 |
|---|---|---|---|---|
| Federal Wages | | | 71.70 | 4606.53 |

| Tot Before Tx Ded | 0.00 | 0.00 |
|---|---|---|

**After Tax Deductions**

## Tax Deductions

| | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | | 179.60 |
| FICA / SS | 4.44 | 285.60 |
| FICA / Med | 1.03 | 66.79 |
| State Tax CA | | 15.85 |
| State Disability CA | 0.79 | 50.67 |

| Total Tax Deductions | 6.26 | 598.51 |
|---|---|---|

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

| Net Pay (Deposit) | 65.44 |
|---|---|

**Message(s):**
CA employees may cash checks at any BoA branch
Send Requests for Unemployment information to
1 CVS Dr., Woonsocket , RI 02895

## Time Off Summary

| | Full Yr. | Used | Earned |
|---|---|---|---|
| PTO | | | |
| Vacation | 37.00 | | 6.11 |

©2000, 2004, 2006 ADP, Inc. All Rights Reserved

**CVS CAREMARK**

Garfield Beach CVS, L.L.C.
000000 STR 09661
Return to: CVS                    166889-166889
1 CVS Drive
Woonsocket, RI 02895

# Earnings Statement

Page 001 of 001
Period Beginning:     10/03/2010
Period Ending:        10/16/2010
Advice Date:          10/22/2010
Advice Number:        09576189
Batch Number:         000000M43

Employee ID:  0616832
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:              S/ 0/
  Work State: CA        S/ 0/
  Res State:  CA        S/ 0/

Cristobal Flores
1504 Cloverdale Ave
Los Angeles, CA  90019

| Earnings | Rate | Hours | Current | Year-To-Date |
|----------|------|-------|---------|--------------|
| Shift Diff | 1.00 | 0.50 | 0.50 | 44.00 |
| Regular | 8.90 | 8.00 | 71.20 | 4367.23 |
| Holiday | | | | 267.00 |

| Before Tax Ded | Current | YTD |
|----------------|---------|-----|

| Other Earnings | | | | |
|----------------|------|------|-------|---------|
| Total | 8.90 | 8.50 | 71.70 | 4678.23 |
| Federal Wages | | | 71.70 | 4678.23 |

| Tot Before Tx Ded | 0.00 | 0.00 |
|-------------------|------|------|

**After Tax Deductions**

## Tax Deductions

| | Current | Year-To-Date |
|---|---------|--------------|
| Federal Income Tax | | 179.60 |
| FICA / SS | 4.45 | 290.05 |
| FICA / Med | 1.04 | 67.83 |
| State Tax CA | | 15.85 |
| State Disability CA | 0.79 | 51.46 |

| Total Tax Deductions | 6.28 | 604.79 |
|----------------------|------|--------|

**Message(s):**
CA employees may cash checks at any BoA branch
Send Requests for Unemployment information to
1 CVS Dr., Woonsocket , RI 02895

| Tot After Tx Ded | 0.00 | 0.00 |
|------------------|------|------|

| Net Pay (Deposit) | 65.42 | |
|-------------------|-------|--|

**Time Off Summary**

| | Full Yr. | Used | Earned |
|---|----------|------|--------|
| PTO | | | |
| Vacation | 37.00 | | 6.11 |

©1998, 2006, ADP, Inc. All Rights Reserved.



Garfield Beach CVS, L.L.C.
000000 STR 09661
Return to: CVS                           134927-134927
1 CVS Drive
Woonsocket, RI 02895

# Earnings Statement

Page 001 of 001
Period Beginning:      10/17/2010
Period Ending:         10/23/2010
Advice Date:           10/29/2010
Advice Number:         09660950
Batch Number:          000000M44

Employee ID:  0616832
Tax Marital/Exemptions & Allowances/Addl Tax
   Federal:                  S/ 0/
   Work State:  CA           S/ 0/
   Res State:   CA           S/ 0/

Cristobal Flores
1504 Cloverdale Ave
Los Angeles, CA  90019

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Shift Diff | 1.00 | 1.50 | 1.50 | 45.50 |
| Regular | 9.25 | 16.00 | 148.00 | 4515.23 |
| Retro Pay | | | 42.35 | 42.35 |
| Holiday | | | | 267.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|

Other Earnings

| Total | 9.25 | 17.50 | 191.85 | 4870.08 |
|---|---|---|---|---|
| Federal Wages | | | 191.85 | 4870.08 |

| Tot Before Tx Ded | 0.00 | 0.00 |
|---|---|---|

## After Tax Deductions

## Tax Deductions

| | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 7.55 | 187.15 |
| FICA / SS | 11.89 | 301.94 |
| FICA / Med | 2.79 | 70.62 |
| State Tax CA | | 15.85 |
| State Disability CA | 2.11 | 53.57 |

| Total Tax Deductions | 24.34 | 629.13 |
|---|---|---|

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

**Message(s):**
CA employees may cash checks at any BoA branch
Send Requests for Unemployment information to
1 CVS Dr., Woonsocket , RI 02895

| Net Pay (Deposit) | 167.51 |
|---|---|

## Time Off Summary

| | Full Yr. | Used | Earned |
|---|---|---|---|
| PTO | | | |
| Vacation | 37.00 | | 6.11 |

©1998, 2006, ADP, Inc., All Rights Reserved.

AR HERE

**CVS CAREMARK**

Garfield Beach CVS, L.L.C.
000000 STR 09661
*Return to: CVS*
1 CVS Drive
Woonsocket, RI 02895

163085-163085

# Earnings Statement

Page 001 of 001

| | |
|---|---|
| Period Beginning: | 10/17/2010 |
| Period Ending: | 10/30/2010 |
| Advice Date: | 11/05/2010 |
| Advice Number: | 09764267 |
| Batch Number: | 000000M45 |

Employee ID: 0616832
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:              S/ 0/
Work State: CA     S/ 0/
Res State:  CA     S/ 0/

Cristobal Flores
1504 Cloverdale Ave
Los Angeles, CA  90019

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Shift Diff | 1.00 | 2.00 | 2.00 | 47.50 |
| Regular | 9.25 | 16.00 | 148.00 | 4663.23 |
| Holiday | | | | 267.00 |
| Extra Pay | | | | 42.35 |

| Before Tax Ded | Current | YTD |
|---|---|---|

Other Earnings

| Total | 9.25 | 18.00 | 150.00 | 5020.08 |
|---|---|---|---|---|
| Federal Wages | | | 150.00 | 5020.08 |

| Tot Before Tx Ded | 0.00 | 0.00 |
|---|---|---|

**After Tax Deductions**

**Tax Deductions**

| | | Current | YTD |
|---|---|---|---|
| Federal Income Tax | | 3.37 | 190.52 |
| FICA / SS | | 9.30 | 311.24 |
| FICA / Med | | 2.17 | 72.79 |
| State Tax CA | | | 15.85 |
| State Disability CA | | 1.65 | 55.22 |

| Total Tax Deductions | 16.49 | 645.62 |
|---|---|---|

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

**Message(s):**
CA employees may cash checks at any BoA branch
Send Requests for Unemployment information to
1 CVS Dr., Woonsocket , RI 02895

| Net Pay (Deposit) | 133.51 |
|---|---|

**Time Off Summary**

| | Full Yr. | Used | Earned |
|---|---|---|---|
| PTO | | | |
| Vacation | 37.00 | | 9.16 |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher J Lauria 102258<br>Christopher J. Lauria<br>1605 W. Olympic Blvd., Suite 9011<br>Los Angeles, CA 90015<br>Tele: (213) 427-9742 Fax: (213) 427-9763<br><br>☑ Attorney for | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br>**Flores, Cristobal**<br><br>Debtor(s). | CASE NO.: *LA 2:10- 63620-BB*<br>CHAPTER: **7**<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☑ Petition, statement of affairs, schedules or lists          Date Filed: *12-17-10*

☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____

☐ Other: _____          Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I, (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____          _12-7-10_
Signature of Signing Party                    Date

**Cristobal Flores**
Printed Name of Signing Party

_____          _____
Signature of Joint Debtor (if applicable)          Date

_____
Printed Name of Joint Debtor (if applicable)

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____          _12/17/10_
Signature of Attorney for Signing Party          Date

**Christopher J Lauria**
Printed Name of Attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

November 2006

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only